```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 16162
   ROSEMARIE WEEMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0525


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/23/2004 and was confirmed 06/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
NEWPORT NEWS              UNSECURED        NOT FILED         .00          .00
NEWPORT NEWS              NOTICE ONLY      NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED         3766.61          .00      3766.61
CARD SERVICE CENTER       UNSECURED         1415.41          .00      1415.41
CAPITAL ONE SERVICES      NOTICE ONLY      NOT FILED         .00          .00
CAPITAL ONE SERVICES      NOTICE ONLY      NOT FILED         .00          .00
CAPITAL ONE               NOTICE ONLY      NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED         1177.84          .00      1177.84
WALTER SOROKA             DEBTOR ATTY        800.00                     800.00
TOM VAUGHN                TRUSTEE                                       420.06
DEBTOR REFUND             REFUND                                        175.08

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 7,755.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        6,359.86
ADMINISTRATIVE                                     800.00
TRUSTEE COMPENSATION                               420.06
DEBTOR REFUND                                      175.08
                        ---------------        ---------------
TOTALS                  7,755.00                 7,755.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 16162 ROSEMARIE WEEMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 16162 ROSEMARIE WEEMS